**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARLES DREXLER,

     Plaintiff,

v.                                     Case No: 8:22-cv-1513-WFJ-CPT

CAPITAL ACCOUNTS, LLC,

     Defendant.

_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 13)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D.Fla., it is

     **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

     **DONE** and **ORDERED** in Tampa, Florida on September 26, 2022.

                             s/*William F. Jung*
                         **WILLIAM F. JUNG**
                         **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record